# First District Court of Appeal
## State of Florida

_____

No. 1D21-100
_____

ALL ABOUT THE BEACH, LLC,
501 DREAM BIG INVESTMENTS,
LLC, and WALTON COUNTY
acting by and through its Zoning
Board of Adjustments,

    Petitioners,

    v.

JAMES L. HAYDEN,

    Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 15, 2021

PER CURIAM.

    DENIED.

ROWE, C.J., and B.L. THOMAS and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Gary A. Shipman and Robert L. Kaufman of Dunlap & Shipman, P.A., Santa Rosa Beach, for Petitioner All About the Beach, LLC, and 501 Dream Big Investments, LLC; Hayward Dykes, Jr. and Jennifer Gutai Comella, Destin, for Petitioner Walton County, Florida Zoning Board of Adjustments.

David B. Pleat of Pleat & Perry, P.A., Destin, for Respondent.